**No. 09-9724. Braulio Espinoza, Petitioner v. J'al Erin Mattoon.**

560 U.S. 929, 130 S. Ct. 3328, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4178.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9725. Juan Serrano, Petitioner v. Joseph T. Smith, Superintendent, Shawangunk Correctional Facility.**

560 U.S. 929, 130 S. Ct. 3328, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4360, ■

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9730. Christine Chang, Petitioner v. Rockridge Manor Condominium, et al.**

560 U.S. 929, 130 S. Ct. 3328, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4286.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 365.

**No. 09-9740. Aaron K. Marsh, Petitioner v. Florida Department of Children and Families, et al.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4271, ■

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9743. Alejandro Ruvalcaba, Petitioner v. Illinois.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4263.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 09-9744. Soloman David Roberts, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4242, ■

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9746. Jerome Julius Brown, Petitioner v. United States District Court for the District of Columbia.**

560 U.S. 929, 130 S. Ct. 3350, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4219.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.